# United States District Court
# District of Massachusetts

FEDERAL INSURANCE COMPANY,
      Plaintiff,

v.                                          CIVIL ACTION NO. 2010-10220-NMG

BEST BUY COMPANY, INC.,
and SPIRIT DELIVERY, INC.,
      Defendants.

## REPORT AND RECOMMENDATION THAT PENDING MOTIONS BE TERMINATED AND THAT CASE BE DISMISSED WITHOUT PREJUDICE FOR LACK OF SUBJECT-MATTER JURISDICTION

COLLINGS, U.S.M.J.

      This is a subrogation case brought by the plaintiff, Federal Insurance

Company, also known as Chubb ("plaintiff"), against the defendants, Best Buy

*Report and Recommendation accepted and adopted. NMGorton, USDJ 3/7/12*